```
                    FILED
                    May 11, 2009
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                    CALIFORNIA
                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                     )    Case No. 2:09MJ00140 GGH
         Plaintiff,      )
v.                                  )    ORDER FOR RELEASE OF
                                     )    PERSON IN CUSTODY
DAI TRUONG NGUYEN,         )
                                     )
         Defendant.    )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __DAI TRUONG NGUYEN__, Case No. __2:09MJ00140 GGH__, Charge __21 USC § 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ___      Release on Personal Recognizance

     ___      Bail Posted in the Sum of $_____

              ___      Unsecured Appearance Bond

              ___      Appearance Bond with 10% Deposit

              ___      Appearance Bond with Surety

              ___      Corporate Surety Bail Bond

     ✔      (Other)     __Conditions of Release as stated on the record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 11, 2009__ at __2:00 pm__.

                                   By   /s/ Gregory G. Hollows
                                                Gregory G. Hollows
                                                United States Magistrate Judge

Copy 5 - Court