LAWRENCE G. BROWN
United States Attorney
HEIKO P. COPPOLA
TODD D. LERAS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-0222 GEB |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS AS TO DEFENDANT DAI TRUONG NGUYEN |
| v. ) | |
| DAI TRUONG NGUYEN, ) | |
| Defendant. ) | |

   Plaintiff United States of America, by and through United States Attorney Lawrence G. Brown and Assistant United States Attorneys Heiko P. Coppola and Todd D. Leras, hereby moves to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure, and in the interest of justice, Dai Truong Nguyen as a defendant in this case.

   The government bases this motion on evidence and information obtained post-indictment.  Count Five of the indictment is the only charge naming Dai Truong Nguyen as a defendant.  Based on the post-indictment information, a superseding indictment has been returned

Government's Motion to Dismiss     1

1 in this case.  The superseding indictment incorporates all of the
2 charges in the original indictment.  Dai Truong Nguyen is not named
3 as a defendant in any of the charges in the superseding indictment.
4 The government therefore requests to dismiss Dai Truong Nguyen as a
5 named defendant in Count Five of the original indictment.

6                                        Respectfully submitted,

7
                                         LAWRENCE G. BROWN
8                                        United States Attorney

9
10 Dated: October 13, 2009

11                                        /s/ Heiko P. Coppola
                                         HEIKO P. COPPOLA
12                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
13
                                          /s/ Todd D. Leras
14                                       TODD D. LERAS
                                         Assistant U.S. Attorney
15                                       Attorney for Plaintiff

16
17
18
19
20
21
22
23
24
25
26
27
28

Government's Motion to Dismiss    2

**O R D E R**

Based on the government's motion, it is hereby ordered that Count Five of the original indictment is dismissed without prejudice as to defendant Dai Truong Nguyen.

Dated:  October 13, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Government's Motion to Dismiss     3